## LOUISA & FORT GAY BRIDGE CO. v. ASHLAND TRANSFER CO.

(Decided April 24, 1931.)

BURNS & LYCAN for movant.

WOODS, STEWART & SMOOT opposed.

PER CURIAM. Judgment for $400 in an action for negligence.

Appeal denied; judgment affirmed.

## INTER-OCEAN CASUALTY CO. v. HALL

(Decided May 1, 1931.)

FRED HOWES for movant.

BLAIR & HARRINGTON opposed.

PER CURIAM. Judgment for $301 in an action on accident insurance policy.

Appeal denied; judgment affirmed.

## WHEELER v. VAN HOOSE.

(Decided May 8, 1931.)

VINSON & MILLER for movant.

E. POE HARRIS and S. S. WILLIS opposed.

PER CURIAM. Judgment for $360 in an action upon a contract for negotiating for Wheeler the purchase of a stock of goods.

Appeal denied; judgment affirmed.

WILLIS, J., not sitting.